**ORIGINAL • VIA FAX**

FILED
08 JUN 16 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____CP_____  DEPUTY

1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 S. Flower Street, 42nd Floor
   Los Angeles, CA 90071-2223
4  Telephone: (213) 430-3400
   Facsimile: (213) 430-3409
5  michael.zellers@tuckerellis.com
   mollie.benedict@tuckerellis.com
6  aggie.lee@tuckerellis.com

7  Attorneys for Defendants BRACCO
   DIAGNOSTICS INC. and
8  BRACCO RESEARCH USA INC.

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11  MONICO PAYUMO,                    )  Case No. 08 CV 1062 L LSP
                                      )
12              Plaintiff,            )  DEFENDANTS BRACCO
                                      )  DIAGNOSTICS INC. AND BRACCO
13  v.                                )  RESEARCH USA INC.'S NOTICE OF
                                      )  RELATED CASES
14                                    )
    GENERAL ELECTRIC COMPANY; GE      )  (San Diego County Superior Court, Case No.
15  HEALTHCARE, INC.; GE HEALTHCARE   )  30-2008-00070830-CU-PL-SC)
    AS; BAYER CORPORATION; BAYER      )
16  HEALTHCARE LLC; BAYER             )
    HEALTHCARE PHARMACEUTICALS,       )
17  INC. (f/k/a BERLEX, INC., f/k/a/ BERLEX )
    LABORATORIES, INC.); BAYER AG;    )
18  BAYER SCHERING PHARMA AG (f/k/a   )
    SCHERING AG); BAYER HEALTHCARE    )
19  AG, BAYER GESELLSCHAFT FUR        )
    BETEILIGUNGEN mbH, BAYER          )
20  SCHERING, GmbH (f/k/a DRITTE BV   )
    GmbH), SCHERING BERLIN, INC.;     )
21  MALLINCKRODT, INC.; TYCO          )
    HEALTHCARE GROUP, LP; BRACCO      )
22  DIAGNOSTICS INC.; BRACCO RESEARCH )
    USA, INC.; ALTANA PHARMA AG;      )
23  NYCOMED INTERNATIONAL             )
    MANAGEMENT GmbH; MERRY X-RAY      )
24  CHEMICAL CORPORATION; MCKESSON    )
    CORPORATION; and DOES 1-50,       )
25                                    )
26              Defendants.           )
                                      )
27                                    )
28

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

DEFENDANTS BRACCO DIAGNOSTICS INC. AND BRACCO RESEARCH USA
INC.'S NOTICE OF RELATED CASES

LAimanage/11255/00002/609961/1

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to United States District Court for the Southern District of California Local Rule 40.1(3), Defendants Bracco Diagnostics Inc. and Bracco Research USA Inc. are presently aware of the following related actions concerning gadolinium based contrast agents:

- *Priscilla Geffen, et al. v. General Electric Company, et al.,* Case No. 08-CV-1110 SGL (JCR), United States District Court, Central District of California. This case was originally filed on or about January 11, 2008.

Plaintiff Priscilla Geffen alleges personal injuries arising out of the administration of gadolinium-based contrast agents she claims were manufactured by Defendants.

- *Carol Moorhouse, et al. v. Bayer Healthcare Pharmaceuticals, Inc.*, et al, Case No. CV-08-1831 SBA, United States District Court, Northern District of California. This case was originally filed on or about March 5, 2008.

Plaintiff Carol Moorhouse alleges personal injuries arising out of the administration of gadolinium-based contrast agents she claims were manufactured by Defendants.

- *Ronald Springs, et al. v. Bayer Healthcare Pharmaceuticals Inc. et al.,* Case No. CV-08-2823 SI, United States District Court, Northern District of California. This case was originally filed on or about June 5, 2008.

Plaintiff Ronald Springs alleges personal injuries arising out of the administration of gadolinium-based contrast agents he claims were manufactured by Defendants.

Further cases regarding gadolinium based contrast agents are pending in the following California state courts:

Los Angeles Superior Court---*Cesar Benitez, et al. v. General Electric Company, et al.* (Case No. BC391955); *Michael Gleaton v. General Electric Company, et al.* (Case No.BC383624); *Lamanor Harris, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.* (Case No. BC385525); *Donald Magner, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.* (Case No. KC052736);

1     Orange County Superior Court—*Monico Payumo, et al. v. Bayer Corporation, et al.*
2 (Case No. 30-2008-00074468);

6     San Francisco Superior Court—*Peter Jay Gerber, et al. v. Bayer Corporation, et al.*
7 (Case No. CGC-07-468577); *Mark Parker, et al. v. Bayer Healthcare Pharmaceuticals, Inc. et
8 al.* (Case No. CGC-08-475968); *Monico Payumo v. General Electric Co., et al.* (Case No. CGC-
9 08-475919).

11 DATED: JUNE 16, 2008          TUCKER ELLIS & WEST LLP

By: _____
Michael C. Zellers
Mollie F. Benedict
Aggie B. Lee
Attorneys for Defendants
BRACCO DIAGNOSTICS INC. and
BRACCO RESEARCH USA INC.

Of Counsel:
Thomas N. Sterchi
Patrick Lysaught
Paul S. Penticuff
Elizabeth McCulley
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, MO 64108
Telephone: (816) 471-2121
Facsimile: (816) 472-0288

Attorneys for Defendants
BRACCO DIAGNOSTICS INC.
and BRACCO RESEARCH USA INC.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is TUCKER ELLIS & WEST LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071-2223

    On June 16, 2008, I served the foregoing document entitled ***DEFENDANTS BRACCO DIAGNOSTICS INC. AND BRACCO RESEARCH USA INC.'S NOTICE OF RELATED CASES*** by placing () the original (X) a true and correct copy, enclosed in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)    I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )    By Certified mail service return receipt requested, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )    By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( )    By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es) or on the attached service list.

( )    By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

(X)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on June 16, 2008, at Los Angeles, California.

*/s/ Elizabeth Munnerlyn*
Elizabeth Munnerlyn

---

CERTIFICATION OF SERVICE

LAimanage/11255/00002/610061/1

## SERVICE LIST

1
2  Steven J. Skikos, Esq.
   Kathleen N. Millican
3  SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLIAN
4  625 Market Street, 11th Floor
   San Francisco, CA 94105
5  Te: (415) 546-7300
6  Fax: (415) 546-7301

7  *Attorneys for Plaintiffs*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tucker Ellis
1000 Wilshire
Suite 1800
Los Angeles,

LAimanage/11255/00002/610061/1

2
PROOF OF SERVICE