**ORIGINAL • VIA FAX**

| | |
|---|---|
| 1 | TUCKER ELLIS & WEST LLP |
|   | MICHAEL C. ZELLERS-STATE BAR NO. 146904 |
| 2 | MOLLIE BENEDICT-STATE BAR NO. 187084 |
|   | AGGIE B. LEE-STATE BAR NO. 228332 |
| 3 | 515 S. Flower Street, 42nd Floor |
|   | Los Angeles, CA 90071-2223 |
| 4 | Telephone: (213) 430-3400 |
|   | Facsimile: (213) 430-3409 |
| 5 | michael.zellers@tuckerellis.com |
|   | mollie.benedict@tuckerellis.com |
| 6 | aggie.lee@tuckerellis.com |

FILED
08 JUN 16 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP    DEPUTY

Attorneys for Defendants BRACCO DIAGNOSTICS INC. and BRACCO RESEARCH USA INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MONICO PAYUMO,

   Plaintiff,

v.

GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE AS; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC. (f/k/a BERLEX, INC., f/k/a/ BERLEX LABORATORIES, INC.); BAYER AG; BAYER SCHERING PHARMA AG (f/k/a SCHERING AG); BAYER HEALTHCARE AG, BAYER GESELLSCHAFT FUR BETEILIGUNGEN mbH, BAYER SCHERING, GmbH (f/k/a DRITTE BV GmbH), SCHERING BERLIN, INC.; MALLINCKRODT, INC.; TYCO HEALTHCARE GROUP, LP; BRACCO DIAGNOSTICS INC.; BRACCO RESEARCH USA, INC.; ALTANA PHARMA AG; NYCOMED INTERNATIONAL MANAGEMENT GmbH; MERRY X-RAY CHEMICAL CORPORATION; MCKESSON CORPORATION; and DOES 1-50,

   Defendants.

Case No. 08 CV 1062 L LSP

NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2

(San Diego County Superior Court, Case No. 30-2008-00070830-CU-PL-SC)

---

NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2

LAimanage/11255/00002/609962/1

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to United States District Court for the Southern District of California Local Rule 40.2, the undersigned, counsel of record for Defendants Bracco Diagnostics Inc. and Bracco Research USA Inc.) certifies that the following parties have a direct, pecuniary interest in the outcome of this case:

- Bracco Diagnostics Inc.
- Bracco Research USA Inc.
- Bracco Diagnostics Inc. and Bracco Research USA Inc. are subsidiaries of Bracco USA Inc.
- No publicly held company owns ten percent (10%) or more of Bracco Diagnostic Inc.'s or Bracco Research USA Inc.'s stock.

These representations are made to enable the Court to evaluate the possible disqualification or recusal. Defendants reserve the right to supplement this certification as needed.

DATED: JUNE 16, 2008                         TUCKER ELLIS & WEST LLP

By: _____
Michael C. Zellers
Mollie F. Benedict
Aggie B. Lee
Attorneys for Defendants
BRACCO DIAGNOSTICS INC. and
BRACCO RESEARCH USA INC.

| | |
|---|---|
| 1 | Of Counsel:<br>Thomas N. Sterchi |
| 2 | Patrick Lysaught |
| 3 | Paul S. Penticuff<br>Elizabeth McCulley |
| 4 | BAKER STERCHI COWDEN & RICE, L.L.C.<br>2400 Pershing Road, Suite 500 |
| 5 | Kansas City, MO  64108<br>Telephone:     (816) 471-2121 |
| 6 | Facsimile:      (816) 472-0288 |
| 7 | Attorneys for Defendants |
| 8 | BRACCO DIAGNOSTICS INC.<br>and BRACCO RESEARCH USA INC. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is TUCKER ELLIS & WEST LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, CA 90071-2223

On June 16, 2008, I served the foregoing document entitled *NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2* by placing ( ) the original (X) a true and correct copy, enclosed in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )   By Certified mail service return receipt requested, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )   By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( )   By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es) or on the attached service list.

( )   By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

(X)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 16, 2008, at Los Angeles, California.

Elizabeth Munnerlyn

CERTIFICATION OF SERVICE

LAimanage/11255/00002/610061/1

LAimanage/11255/00002/610061/1

Tucker Ellis & West LLP
515 South Flower, Forty-Second Floor, Los Angeles
CA 90071-2223

## SERVICE LIST

1

2  Steven J. Skikos, Esq.
   Kathleen N. Millican
3  SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLIAN
4  625 Market Street, 11th Floor
   San Francisco, CA 94105
5  Te: (415) 546-7300
6  Fax: (415) 546-7301

7  *Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
PROOF OF SERVICE

Tucker Ellis
1000 Wilshire
Suite 1800         LAimanage/11255/00002/610061/1
Los Angeles,