TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants BRACCO
DIAGNOSTICS INC. and
BRACCO RESEARCH USA INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO PAYUMO, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE AS; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC. (f/k/a BERLEX, INC., f/k/a/ BERLEX LABORATORIES, INC.); BAYER AG; BAYER SCHERING PHARMA AG (f/k/a SCHERING AG); BAYER HEALTHCARE AG, BAYER GESELLSCHAFT FUR BETEILIGUNGEN mbH, BAYER SCHERING, GmbH (f/k/a DRITTE BV GmbH), SCHERING BERLIN, INC.; MALLINCKRODT, INC.; TYCO HEALTHCARE GROUP, LP; BRACCO DIAGNOSTICS INC.; BRACCO RESEARCH USA, INC.; ALTANA PHARMA AG; NYCOMED INTERNATIONAL MANAGEMENT GmbH; MERRY X-RAY CHEMICAL CORPORATION; MCKESSON CORPORATION; and DOES 1-50, <br><br> Defendants. | Case No. 08-CV-1062 L (LSP) <br><br> **JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS BRACCO DIAGNOSTICS INC. AND BRACCO RESEARCH USA INC. TO FILE A RESPONSIVE PLEADING** <br><br> (San Diego County Superior Court, Case No. 30-2008-00070830-CU-PL-SC) |

JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS
BRACCO DIAGNOSTICS INC. AND BRACCO RESEARCH USA INC. TO FILE A
RESPONSIVE PLEADING

LAimanage/11255/00012/610433/1

1        Pursuant to Local Rules 7.2 and 12.1 of the United States District Court for the Southern

2    District of California, and based upon the agreement between counsel for Plaintiff Monico

3    Payumo and Defendants Bracco Diagnostics Inc. and Bracco Research USA Inc., it is hereby

4    stipulated as follows:

5        The time for Defendants Bracco Diagnostics Inc. and Bracco Research USA Inc., to

6    move or plead to Plaintiff's Complaint shall be extended from June 23, 2008 to July 23, 2008.

7    Plaintiff's counsel authorized an extension for Defendants to move or plead on June 23, 2008.

8        Good cause supports the granting of this Joint Motion and Stipulation.  This lawsuit

9    involves allegations that Plaintiff contracted Nephrogenic Systemic Fibrosis as a result of

10   exposure to gadolinium based MRI contrast agents allegedly manufactured by named defendants.

11   Good cause for the continuance due to the need to assess whether BDI and BRU's product was

12   involved in the matter.

13   DATED:  JUNE 23, 2008              TUCKER ELLIS & WEST LLP

14

15

16                     By: /s/ Aggie B. Lee_____

17                           Michael C. Zellers
                        Mollie F. Benedict

18                           Aggie B. Lee
                        Attorneys for Defendants

19                           BRACCO DIAGNOSTICS INC.
                        and BRACCO RESEARCH USA INC.

20

21   DATED:  JUNE 23, 2008              SKIKOS, CRAWFORD, SKIKOS, JOSEPH &

22                       MILLICAN

23

24

25                     By: /s/ Steven J. Skikos_____
                        Steven J. Skikos

26                           Kathleen N. Millican
                        Attorneys for Plaintiff MONICO PAYUMO

27

28

JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS
BRACCO DIAGNOSTICS INC. AND BRACCO RESEARCH USA INC. TO FILE A
RESPONSIVE PLEADING

LAimanage/11255/00012/610433/1