UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO PAYUMO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　　Defendants. | Civil No. 08cv1062 L(LSP)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS BRACCO DIAGNOSTICS INC. and BRACCO RESEARCH USA INC. TO FILE A RESPONSIVE PLEADING [doc. #6]** |

　　Good cause appearing the parties' joint motion to extend time for defendants Bracco Diagnostics Inc. and Bracco Research USA, Inc. to answer or otherwise respond to the complaint is **GRANTED**. The defendants shall file a response to the complaint on or before July 23, 2008.

　　**IT IS SO ORDERED**.

DATED: June 24, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

08cv1062