**Shook, Hardy & Bacon** L.L.P.

www.shb.com

June 20, 2008

[FILED JUN 2 3 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY]

Deborah A. Moeller

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2127 DD
816.421.5547 Fax
dmoeller@shb.com

VIA OVERNIGHT MAIL 202-502-2800

Jeffery N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.S.
Room G-255
Washington, D.C. 20002

08 CV 1062 - L (LSP)

Re: MDL-1909: In Re: Gadolinium Based Contrast Dyes Products Liability Litigation

Dear Mr. Luthi:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Mallinckrodt, Inc., by its attorneys, provide notice to the Panel of three (3) potential tag-along actions to MDL-1909 listed on the attached Schedule A.

Enclosed are copies of the complaint for each action.

Sincerely,

Deborah A. Moeller
Partner

DAM:dr
Enclosures

cc: MDL-1909 Panel Attorney Service List (attached) (via U.S. Mail, letter only)
Counsel of Record/U.S. District Court (service list attached) (via U.S. Mail, letter only)

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2901940v1

EXHIBIT A – SCHEDULE OF ACTIONS

|   | Date Filed/ Removed | Case | Court and Division | Civil Action No. | Judge (if known) |
|---|---|---|---|---|---|
| 1. | 06/13/08 | Gerard A. Yursis and Daretta A. Yursis v. General Electric Company; GE Healthcare; GE Healthcare Bio-Science Corp.; Bayer Healthcare, LLC; Bayer Healthcare Pharmaceuticals, Inc.; Mallinckrodt, Inc.; Bracco Diagnostics USA; Bracco Research USA Inc.; and ACIST Medical System, Inc. | D MD Northern Division | 1:08-cv-01532 | Andre M. Davis |
| 2. | Removed – 06/16/08 | Monico Payumo v. General Electric Company; GE Healthcare, Inc.; GE Healthcare AS; Bayer Corporation; Bayer Healthcare LLC; Bayer Healthcare Pharmaceuticals, Inc. (f/k/a Berlex, Inc., f/k/a Berlex Laboratories, Inc.); Bayer AG; Bayer Schering Pharma AG (f/k/a Schering AG); Bayer Healthcare AG; Bayer Gesellschaft Fur Beteiligungen mbH; Bayer Schering, GmbH (f/k/a Dritte BV GmbH); Schering Berlin, Inc.; Mallinckrodt, Inc.; Tyco Healthcare Group, LP; Bracco Diagnostics Inc.; Bracco Research USA, Inc.; Altana Pharma AG; Nycomed International Management GmbH; Berry X-Ray Chemical Corporation; McKesson Corporation; and Does 1-50 | SD CA San Diego Division | 3:08-cv-01062-L-LSP | M. James Lorenz |
| 3. | Removed – 06/19/08 | Udele Rodriguez v. Tyco Healthcare Group, L.P., Covidien, Inc.; Mallinckrodt, Inc.; Radiology & Imaging of South Texas, L.L.P. | SD TX Corpus Christi Division | 2:08-cv-00199 | Unknown |

2863795v1

## SERVICE LIST (POTENTIAL Tag-Along Actions)

### CLERKS OF COURTS:

Clerk, U.S. District Court
District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201
*Yursis v. General Electric Company, et al.*

Clerk, U.S. District Court
Southern District of California
United States Courthouse
880 Front Street, Suite 4290
San Diego, CA 92101-8900
*Payumo v. General Electric Company, et al.*

Clerk, U.S. District Court
Southern District of Texas
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401
*Udele Rodriguez v. Tyco Healthcare Group L.P., et al.*

### PLAINTIFF'S COUNSEL

Stephen J. Nolan
STEPHEN J. NOLAN, CHARTERED
210 W. Pennsylvania Avenue, Suite 220
Baltimore, MD 21204-4508
*Attorneys for Plaintiff Gerard Yursis*

Steven J. Skikos
Kathleen N. Millican
SKIKOS, CRAWFORD, SKIKOS, JOSEPH & MILLICAN
625 Market Street, 11th Floor
San Francisco, CA 94105
*Attorneys for Plaintiff Monico Payumo*

Arthur Gonzalez
David Abrego
BRENT COON & ASSOCIATES
2727 Morgan Avenue
Corpus Christi, TX 78405
*Attorneys for Plaintiff Udele Rodriguez*

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Page 1

Docket: 1909 - IN RE: Gadolinium Contrast Dyes Products Liability Litigation
Status: Transferred on 02/27/2008
Transferee District: OHN    Judge: Polster, Dan A.

Printed on 05/20/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Abaray, Janet G.<br>BURG SIMPSON ELDREDGE HERSH & JARDINE PC<br>312 Walnut Street<br>Suite 2090<br>Cincinnati, OH 45202 | => Phone: (513) 852-5600  Fax: (513) 852-5611  Email: jabaray@burgsimpson.com<br>Frazier, Margaret E.*; Frazier, Paul W.* |
| Bohrer, Philip<br>BOHRER LAW FIRM LLC<br>8712 Jefferson Highway<br>Suite B<br>Baton Rouge, LA 70809 | => Phone: (225) 925-5297  Fax: (225) 231-7000  Email: phil@bohrerlaw.com<br>Clark, William*; Thomas, Roland* |
| Booth, Roger E.<br>BOOTH & KOSKOFF<br>18411 Crenshaw Blvd.<br>Suite 380<br>P.O. Box 6430<br>Torrance, CA 90504-0430 | => Phone: (310) 515-1361  Email: rbooth@boothkoskoff.com<br>Mitchell, Cynthia Kay |
| Brodhead, Peter J.<br>SPANGENBERG SHIBLEY & LIBER LLP<br>1900 East Ninth Street<br>Suite 2400<br>Cleveland, OH 44114 | => Phone: (216) 696-3232  Fax: (216) 696-3924  Email: pjb@spanglaw.com<br>Corkern, III, Ronald E.*; Deason, Jeanetta*; Dennis, Gwendolyn*; Hall (Exe./Est.-Gregory Lee), Carolyn*; Rockwell (Adm./Est.-Trevor A. Drake), Beverly*; Voeltner, Lance A.*; Walker, John G.*; Walker, Marilyn D. |
| Burg, Peter W.<br>BURG SIMPSON ELDREDGE HERSH & JARDINE PC<br>40 Inverness Drive East<br>Englewood, CO 80112 | => Phone: (303) 792-5595  Fax: (303) 708-0527  Email: pburg@burgsimpson.com<br>Carolus (Spouse-Greta), Jim*; Carolus, Greta*; Hagwood, Alisha A.*; Murray, Linda S.*; Murray, Robert W.*; Snyder, Danielle Marie*; Spencer (By & Through his mother & natural guardian-Alisha A. Hagwood), Christian* |
| Hill, Barry M.<br>HILL WILLIAMS PLLC<br>89 Twelfth Street<br>Wheeling, WV 26003 | => Phone: (304) 233-4966  Fax: (304) 233-4969  Email: bhill@hwlaw.us<br>Babione, James*; Henley, Jerry*; Hensley, Lynne*; Lee, Donna*; Phillips, Kerry Kurt*; Phillips, Linda D.*; Rodriguez, Alma Patricia*; Rodriguez, Ray* |
| Hollis, Lee J.<br>HOLLIS LAW FIRM PA<br>5100 West 95th Street<br>Prairie Village, KS 66207 | => Phone: (913) 385-5400  Fax: (913) 385-5402  Email: leehollis@hollislawfirm.com<br>Davis (Ind./Exe./Est.-Rupert L.), Mary*; Showalter, Abraham*; Showalter, Mary Ann* |
| Jowers, Jr, Gerald D.<br>JANET JENNER & SUGGS LLC<br>500 Taylor Street<br>Suite 301<br>Columbia, SC 29201 | => Phone: (803) 726-0050  Fax: (803) 727-1057  Email: Gjowers@medlawlegalteam.com<br>White, Anna* |
| Moeller, Deborah A.<br>SHOOK HARDY & BACON LLP | => Phone: (816) 474-6550  Fax: (816) 421-5547  Email: dmoeller@shb.com<br>Covidien, Ltd.*; Mallinckrodt, Inc.*#; Tyco Healthcare*; Tyco Healthcare Group LP*#; Tyco |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,909 Continued)                                                                Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 2555 Grand Boulevard<br>Kansas City, MO 64108-2613 | Healthcare, Ltd.*; Tyco Holdings, Ltd.*; Tyco International, Ltd.* |
| Perrin, K. Doug<br>PERRIN LAW FIRM PC<br>1401 Elm Street<br>Suite 1965<br>Dallas, TX 75202 | => Phone: (214) 646-2004  Fax: (214) 646-6117  Email: dougperrin@perrinlaw.org<br>Massie (Ind./Rep./Est.-Neal), Lloyd*; Massie (Ind./Rep./Est.-Neal), Pamela* |
| Piccone, Marsha M.<br>WHEELER TRIGG KENNEDY LLP<br>1801 California Street<br>Suite 3600<br>Denver, CO 80202 | => Phone: (303) 292-2525  Fax: (303) 294-1879  Email: piccone@wtklaw.com<br>Novation, L.L.C.* |
| Preuss, Charles F.<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street<br>20th Floor<br>San Francisco, CA 94105 | => Phone: (415) 591-7500  Fax: (415) 591-7510  Email: charles.preuss@dbr.com<br>Berlex Labs, Inc. |
| Schering Healthcare, Ltd.,<br>400 Morgan Lane<br>West Haven, CT 06516-4175<br>*** Bad Address *** | =><br>Schering Healthcare, Ltd. |
| Schulman, Amy W.<br>DLA PIPER US LLP<br>1251 Avenues of the Americas<br>27th Floor<br>New York, NY 10020-1104 | => Phone: (212) 835-4500  Fax: (212) 335-4501  Email: amy.schulman@dlapiper.com<br>GE Healthcare Bio-Sciences Corp.*#; GE Healthcare, Inc.*; General Electric Co.* |
| Sharko, Susan M.<br>DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | => Phone: (973) 360-1100  Fax: (973) 360-9831  Email: susan.sharko@dbr.com<br>Bayer Corp.*#; Bayer Healthcare Pharmaceuticals, Inc.*#; Bayer Healthcare, LLC* |
| Sterchi, Thomas N.<br>BAKER STERCHI COWDEN & RICE LLC<br>2400 Pershing Road<br>Suite 500<br>Kansas City, MO 64108-2504 | => Phone: (816) 471-2121  Fax: (816) 472-0288  Email: sterchi@bscr-law.com<br>Bracco Diagnostics, Inc.* |

Note: Please refer to the report title page for complete report scope and key.