## UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

July 21, 2008

Clerk, U.S. District Court
Northern District of Ohio
801 West Superior Ave
Cleveland, OH 44113

Re: Monico Payumo v. General Electric Company, et al., Case No. 3:08–cv–01062–L–LSP

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ K. Johnson, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk



**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FILED JUN 27 2008

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE
2008 JUL 17 PH 3: 20

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

08 CV1062 - L(LSP)

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION

MDL No. 1909

FILED
JUL 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 536 F.Supp.2d 1380 (J.P.M.L. 2008). Since that time, 83 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

JUL 1 5 2008

ATTEST ____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

### SCHEDULE CTO-11 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 8 08-674 | Monico Payumo, et al. v. Bayer Corp., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-2823 | Ronald Springs, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| CAN 3 08-2975 | Monico Payumo v. General Electric Co., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 08-1062 | Monico Payumo v. General Electric Co., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 08-200 | Horace Osburn v. General Electric Co., et al. |
| **KANSAS** | |
| KS 2 08-2258 | Alfred Hayes v. General Electric Co., et al. |
| KS 2 08-2259 | Daniel Keys v. General Electric Co., et al. |
| KS 2 08-2260 | Carla Lasley v. General Electric Co., et al. |
| KS 2 08-2261 | Lewis Parsons v. General Electric Co., et al. |
| KS 2 08-2262 | Robert Thrasher v. General Electric Co., et al. |
| **MARYLAND** | |
| MD 1 08-1532 | Gerard A. Yursis, et al. v. General Electric Co., et al. |
| **NEW JERSEY** | |
| NJ 2 08-2935 | Jill Messinger v. General Electric Co., et al. |
| **TEXAS SOUTHERN** | |
| ~~TXS 2 08-199~~ | ~~Udele Rodriguez v. Tyco Healthcare Group, LP, et al.~~ Opposed 7/11/08 |