

| | | |
|---|---|---|
| **ohndecf@ohnd.uscourts.gov** | To | InterdistrictTransfer_CASD@casd.uscourts.gov |
| 07/22/2008 06:29 AM | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

```
CASE: 3:08-cv-01062

DETAILS: Case transferred from California Southern
has been opened in Northern District of Ohio
as case 1:08-gd-50241, filed 07/22/2008.
```